UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br><br><br>Juan Carlos MEZA Pineda<br><br><br><br><br><br>                Defendant. | Magistrate Docket No.<br><br>**'15 MJ 2442**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>21 U.S.C. 952 and 960<br>Unlawful Importation of a Controlled Substance |

FILED
AUG 13 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The undersigned complainant being, duly sworn, states:

That on or about August 12, 2015 within the Southern District of California, defendant Juan Carlos MEZA Pineda, did knowingly and intentionally import approximately 2476.20 kilograms (5459.03 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Valentin Obregon Jr
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 13th DAY OF August, 2015 .

United States Magistrate Judge
Southern District of California

United States of America
**vs.**
Juan Carlos MEZA Pineda

## {PROBABLE CAUSE STATEMENT}

I, Customs and Border Protection Task Force Officer Valentin Obregon Jr., declare under penalty of perjury, the following is true and correct:

On August 12, 2015 at approximately 0912 hours, Juan Carlos MEZA Pineda (MEZA) applied for admission into the United States from the Republic of Mexico via the Otay Mesa, California, Commercial Port of Entry. MEZA was the driver and sole occupant of a 1996 Kenworth Tractor bearing California license plate 9B82339 hauling a commercial trailer bearing California license plate 4BB8608. The US Customs and Border Protection (CBP) Officer at the primary inspection booth noticed that MEZA was exhibiting nervous behavior during routine questioning. The CBP Officer noticed that MEZA was also avoiding eye contact. The CBP Officer received a negative declaration from MEZA and referred MEZA to X-Ray for further inspection.

While MEZA was waiting in line to be X-Rayed, the Canine Enforcement Officer (CEO) was conducting a X-Ray Line Sweep with his assigned Narcotic and Human Detection Dog (NHDD). The CEO's NHDD pulled him to the rear doors of a tractor trailer bearing license plate CA 9B82339 and CA 4BB8608. The CEO's NHDD then alerted to the rear trailer doors.

In the secondary inspection area, the Anti-Terrorism Contraband Enforcement Team (A-TCET) was notified by the CEO of the alert. A-TCET officers removed the seal and opened the trailer doors. A-TCET officers removed a cardboard box from the trailer and discovered a package that contained a green leafy substance. An inspection by CBP Officers in the secondary inspection area resulted in the discovery and seizure of 183 total packages that were were removed from the trailer. A randomly selected package was probed, revealing a green leafy substance that field-tested positive for the properties of marijuana. The total combined weight of the 183 packages was 2476.20 kilograms (5459.03 pounds)

MEZA was arrested and charged with violation of 21 U.S.C. Sections 952 and 960, Unlawful Importation of a Controlled Substance.