**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS MEZA-PINEDA,<br><br>Defendant | Case No.: 15CR2230-AJB<br><br>**ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE**<br><br>(Doc. No. 20) |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against JUAN CARLOS MEZA-PINEDA in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 17, 2015

Hon. Anthony J. Battaglia
United States District Judge